# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136466

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

LAWRENCE ROY DUCKETT,
 Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136466
COA: 283311
Oakland CC: 2004-198351-FC

_____/

On order of the Court, the application for leave to appeal the April 25, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

s1020